IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

WALTER MULROONEY,

    Petitioner,

v.                                                          CASE NO. 1:06-cv-00133-MP-AK

UNITED STATES DEPARTMENT
OF JUSTICE, IMMIGRATION,

    Respondent.

_____/

## **O R D E R**

This matter is before the Court on Doc. 4, Report and Recommendation of the Magistrate Judge, recommending that this case be dismissed without prejudice for lack of jurisdiction pursuant to the REAL ID Act of 2005.  Pub.L. No. 109-13, Div. B, 119 Stat. 231, 302 (2005). The Magistrate Judge filed the Report and Recommendation on Wednesday, July 5, 2006.  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections.  Pursuant to Title 28, United States Code, Section 636(b)(1), this Court must make a *de novo* review of those portions to which an objection has been made.

Petitioner has filed objections to the Magistrate's Report, Doc. 6.  In his objections, however, Petitioner fails to demonstrate how this court has jurisdiction to hear his claim.  The court agrees with the Magistrate's assertion that Petitioner's sole source of review for his claim is before the court of appeals.  As correctly stated by the Magistrate, "Petitioner must therefore file an original petition for review 'with the court of appeals for the judicial circuit in which the immigration judge completed the proceedings.'" Doc. 4 at 2 (citing 8 U.S.C. § 1252(b)(2)). Therefore, having considered the Report and Recommendation and all objections thereto filed, I

have determined that the Report and Recommendation should be ADOPTED. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1. The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. This action is dismissed without prejudice.

**DONE AND ORDERED** this <u>  28th</u> day of July, 2006

<u>      *s/Maurice M. Paul*      </u>
Maurice M. Paul, Senior District Judge